**Timothy CHARLEY, Plaintiff–Appellant,**

v.

**OFFICE OF the ATTORNEY GENERAL; Henry McMaster, Attorney General; Mary S. Williams, Assistant Attorney General, Defendants–Appellees.**

**No. 10–6904.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2010.

Decided: Dec. 9, 2010.

Timothy Charley, Appellant Pro Se.

Before NIEMEYER, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Charley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Charley v. Office of the Att'y Gen.*, No. 6:10–cv–01204–CMC, 2010 WL 2571739 (D.S.C. June 21, 2010). We deny Charley's motion for discovery and dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*